JS-6



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA TERRY,<br><br>　　　　Petitioner,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Respondent. | CV 12-0735 PA<br>CR 10-0016 PA<br><br>JUDGMENT DISMISSING<br>PETITIONER'S ACTION WITH<br>PREJUDICE |

Pursuant to the Court's May 1, 2012 Minute Order denying Petitioner Pamela Terry's Motion for Relief Pursuant to 28 U.S.C. § 2255,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner's action is dismissed with prejudice.

DATED: May 1, 2012

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Percy Anderson
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE